PAUL, HASTINGS, JANOFSKY & WALKER LLP
Robert L. Sherman (RS 5520)
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 318-6847

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECT MARKETING EDUCATIONAL FOUNDATION, INC.<br>      Plaintiff,<br><br>- against -<br><br>JOHN WILEY & SONS, INC.,<br><br>      Defendant. | **CERTIFICATE OF SERVICE** |

   I hereby certify that the foregoing Summons, Complaint, Order To Show Cause, Declaration of Robert L. Sherman, Declaration of Terri L. Bartlett, Declaration of John Deighton, Declaration of Russell Winer and Memorandum Of Law In Support Of Motion For Preliminary Injunction were served this 15th day of February, 2008, by delivering a true and correct copy of same by e-mail by agreement on Ashima Aggarwal at aaggarwa@wiley.com.

                      _/s/ Robert L. Sherman_
                      Robert L. Sherman