*McKenna, J.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIRECT MARKETING EDUCATION
FOUNDATION, INC.

        Plaintiff,

-against-

JOHN WILEY & SONS, INC.

        Defendant.

---

Case No. 08 CV 1464 (LMM)

## STIPULATION + ORDER

IT IS HEREBY STIPULATED as follows:

Defendant John Wiley & Sons, Inc.'s time to answer or otherwise move in response to the Complaint is hereby extended through and including April 15, 2008.

Dated: Hoboken, NJ
      March 4, 2008

| PAUL, HASTINGS, JANOFSKY & WALKER LLP | ASHIMA AGGARWAL |
|---|---|
| By: _[signature]_ Robert L. Sherman (RS-5520) | By: _[signature]_ Ashima Aggarwal (AA-1444) |
| Park Avenue Tower<br>75 East 55th Street, First Floor<br>New York, NY 10022<br>(tel) (212) 318-6000<br>(fax) (212) 318 6847 | John Wiley & Sons, Inc.<br>111 River Street<br>Hoboken, NJ 07030-5774<br>(tel) (201) 748-6000<br>(fax) (201) 748-6500 |

SO ORDERED:

_[signature]_  3/5/08
U.S.D.J.

MICROFILMED MAR - 6 2008 @ 9:00 AM