UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

DIRECT MARKETING EDUCATION
FOUNDATION, INC.

                Plaintiff,

    -against-

JOHN WILEY & SONS, INC.

               Defendant.

------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

Case No. 08 CV 1464 (LMM)

## STIPULATION & ORDER

IT IS HEREBY STIPULATED as follows:

Defendant John Wiley & Sons, Inc.'s time to answer or otherwise move in response to the Complaint is hereby extended through and including May 2, 2008.

Dated: Hoboken, NJ
       April 15, 2008

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**

By: _Robert Sherman_/ah
    Robert L. Sherman (RS-5520)

Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022
(tel) (212) 318-6000
(fax) (212) 318 6847

**ASHIMA AGGARWAL**

By: _[signature]_
    Ashima Aggarwal (AA-4444)

John Wiley & Sons, Inc.
111 River Street
Hoboken, NJ 07030-5774
(tel) (201) 748-6000
(fax) (201) 748-6500

SO ORDERED:

_[signature]_ 4/16/08
U.S.D.J.