**BALBER PICKARD MALDONADO & VAN DER TUIN, PC**
Roger Juan Maldonado (RM-7035)
Sarah Yousuf (SY-0305)
1370 Avenue of the Americas
New York, New York 10019
Telephone: (212) 246-2400
Facsimile: (212) 765-4212

Ashima Aggarwal (AA-1444)
John Wiley & Sons, Inc.
111 River Street
Hoboken, NJ 07030-5774
Telephone: (201) 748-6000
Facsimile: (201) 748-6500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

DIRECT MARKETING EDUCATION
FOUNDATION, INC.

      Plaintiff,

 -against-          Case No. 08 CV 1464 (LMM)

JOHN WILEY & SONS, INC.

      Defendant.
---------------------------------------------------------

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant John Wiley & Sons, Inc., by its counsel, hereby provides the following Corporate Disclosure Statement:

Defendant has no parent company and, to the best of Defendant's knowledge, no publicly owned company owns more than ten percent of Defendant's stock.

Dated: May 2, 2008
   Hoboken, NJ

                ASHIMA AGGARWAL

                By: _____/s/_____
                    Ashima Aggarwal
                John Wiley & Sons, Inc.
                111 River Street
                Hoboken, NJ 07030
                Tel: 201 748-6446
                Fax: 201 748-6500
                *Attorney for Defendant*